**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

EB5 Group Southwestern States Regional Center LLC, et al.,

Plaintiffs,

v.

Immigrant Investor Program Office, et al.,

Defendants.

Case No. 2:25-cv-02584-GMN-NJK

**Order**

[Docket No. 8]

Pending before the Court is Plaintiffs' motion for a status conference. Docket No. 8.

Plaintiffs submit that Defendants have failed to file any responsive pleading, and have neither entered an appearance nor sought an extension of time or a stay, well after their responsive pleading was due. *Id.* at 2. Further, Plaintiffs submit that a status conference will allow the Court and the parties to establish a schedule for the orderly resolution of this matter. *Id.* Additionally, Plaintiffs submit that they are entitled to seek entry of default and a default judgment, but prefer to proceed cooperatively and believe a status conference is the more appropriate and efficient first step, consistent with the orderly management of the Court's docket. *Id.* at 4.

As a threshold issue, it is unclear how the Court can set a status conference given that Defendants have not yet appeared or responded to the complaint. *See* Docket; *see also* Local Rule 26-1(a). Further, it is unclear why the Court's involvement is necessary given that Plaintiffs' counsel has been in contact with Defendants' counsel and Defendants still have not appeared or responded. *See* Docket No. 8 at 2-3. Additionally, a plaintiff has a duty to prosecute its case, *see* Fed. R. Civ. P. 41(b), and the Court declines to provide legal advice as to how Plaintiffs should proceed in this matter.

Accordingly, the Court **DENIES** Plaintiffs' motion. Docket No. 8.

Dated: July 23, 2026

IT IS SO ORDERED

Nancy J. Koppe
United States Magistrate Judge